SPS

## COMMONWEALTH OF VIRGINIA
## CIRCUIT COURT OF FAIRFAX COUNTY
## 4110 CHAIN BRIDGE ROAD
## FAIRFAX, VIRGINIA 22030
## 703-691-7320
## (Press 3, Press 1)

Onycka Hoskie  vs.  Jerome Jefferson et al.

CL-2020-0020674

TO:   Lambert Transfer & Storage, Inc.
      Serve: Carlton Hunley III
      1102 Fox Trail
      Opelika AL 36801

## SUMMONS – CIVIL ACTION

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.**

Done in the name of the Commonwealth of Virginia, on January 5, 2021.

JOHN T. FREY, CLERK

By: _____
                Deputy Clerk

Plaintiff's Attorney:  Bradley W. Hines

# COVER SHEET FOR FILING CIVIL ACTIONS
COMMONWEALTH OF VIRGINIA

Case No. **2020 20674**
(CLERK'S OFFICE USE ONLY)

Fairfax County .................................................. Circuit Court

ONYCKA HOSKIE .......... v./In re: .......... JEROME JEFFERSON
PLAINTIFF(S) ..... DEFENDANT(S)
LAMBERT TRANSFER & STORAGE, INC.

I, the undersigned [ ] plaintiff [ ] defendant [x] attorney for [x] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

**GENERAL CIVIL**
**Subsequent Actions**
[ ] Claim Impleading Third Party Defendant
    [ ] Monetary Damages
    [ ] No Monetary Damages
[ ] Counterclaim
    [ ] Monetary Damages
    [ ] No Monetary Damages
[ ] Cross Claim
[ ] Interpleader
[ ] Reinstatement (other than divorce or driving privileges)
[ ] Removal of Case to Federal Court
**Business & Contract**
[ ] Attachment
[ ] Confessed Judgment
[ ] Contract Action
[ ] Contract Specific Performance
[ ] Detinue
[ ] Garnishment
**Property**
[ ] Annexation
[ ] Condemnation
[ ] Ejectment
[ ] Encumber/Sell Real Estate
[ ] Enforce Vendor's Lien
[ ] Escheatment
[ ] Establish Boundaries
[ ] Landlord/Tenant
    [ ] Unlawful Detainer
[ ] Mechanics Lien
[ ] Partition
[ ] Quiet Title
[ ] Termination of Mineral Rights
**Tort**
[ ] Asbestos Litigation
[ ] Compromise Settlement
[ ] Intentional Tort
[ ] Medical Malpractice
[x] Motor Vehicle Tort
[ ] Product Liability
[ ] Wrongful Death
[ ] Other General Tort Liability

**ADMINISTRATIVE LAW**
[ ] Appeal/Judicial Review of Decision of (select one)
    [ ] ABC Board
    [ ] Board of Zoning
    [ ] Compensation Board
    [ ] DMV License Suspension
    [ ] Employee Grievance Decision
    [ ] Employment Commission
    [ ] Local Government
    [ ] Marine Resources Commission
    [ ] School Board
    [ ] Voter Registration
    [ ] Other Administrative Appeal

**DOMESTIC/FAMILY**
[ ] Adoption
    [ ] Adoption – Foreign
[ ] Adult Protection
[ ] Annulment
    [ ] Annulment – Counterclaim/Responsive Pleading
[ ] Child Abuse and Neglect – Unfounded Complaint
[ ] Civil Contempt
[ ] Divorce (select one)
    [ ] Complaint – Contested*
    [ ] Complaint – Uncontested*
    [ ] Counterclaim/Responsive Pleading
    [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
[ ] Separate Maintenance
    [ ] Separate Maintenance Counterclaim

**WRITS**
[ ] Certiorari
[ ] Habeas Corpus
[ ] Mandamus
[ ] Prohibition
[ ] Quo Warranto

**PROBATE/WILLS AND TRUSTS**
[ ] Accounting
[ ] Aid and Guidance
[ ] Appointment (select one)
    [ ] Guardian/Conservator
    [ ] Standby Guardian/Conservator
[ ] Trust (select one)
    [ ] Impress/Declare
    [ ] Reformation
[ ] Will (select one)
    [ ] Construe
    [ ] Contested

**MISCELLANEOUS**
[ ] Appointment (select one)
    [ ] Church Trustee
    [ ] Conservator of Peace
    [ ] Marriage Celebrant
[ ] Bond Forfeiture Appeal
[ ] Declaratory Judgment
[ ] Declare Death
[ ] Driving Privileges (select one)
    [ ] Reinstatement pursuant to § 46.2-427
    [ ] Restoration – Habitual Offender or 3rd Offense
[ ] Expungement
[ ] Firearms Rights – Restoration
[ ] Forfeiture of U.S. Currency
[ ] Freedom of Information
[ ] Injunction
[ ] Interdiction
[ ] Interrogatory
[ ] Judgment Lien-Bill to Enforce
[ ] Law Enforcement/Public Official Petition
[ ] Name Change
[ ] Referendum Elections
[ ] Sever Order
[ ] Taxes (select one)
    [ ] Correct Erroneous State/Local
    [ ] Delinquent
[ ] Vehicle Confiscation
[ ] Voting Rights – Restoration
[ ] Other (please specify)

[x] Damages in the amount of $ 1,000,000.00 ................ are claimed. ........ 12/10/20

December 10, 2020
DATE
[ ] PLAINTIFF  [ ] DEFENDANT  [•] ATTORNEY FOR [•] PLAINTIFF
    # 82218                                              [ ] DEFENDANT

Bradley W. Hines, VSB No. 82218
PRINT NAME
1225 Eye Street, NW, Suite 550A, Washington, DC 20005
ADDRESS/TELEPHONE NUMBER OF SIGNATOR
Tel (202) 737-4141; Fax (202) 609-9954 bhines@slocumblaw.com

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 10/12

## Civil Action Type Codes
## (Clerk's Office Use Only)

| | |
|---|---|
| Accounting | ACCT |
| Adoption | ADOP |
| Adoption – Foreign | FORA |
| Adult Protection | PROT |
| Aid and Guidance | AID |
| Annexation | ANEX |
| Annulment | ANUL |
| Annulment – Counterclaim/Responsive Pleading | ACRP |

Appeal/Judicial Review
- ABC Board ... ABC
- Board of Zoning ... ZONE
- Compensation Board ... ACOM
- DMV License Suspension ... JR
- Employment Commission ... EMP
- Employment Grievance Decision ... GRV
- Local Government ... GOVT
- Marine Resources ... MAR
- School Board ... JR
- Voter Registration ... AVOT
- Other Administrative Appeal ... AAPL

Appointment
- Conservator of Peace ... COP
- Church Trustee ... AOCT
- Guardian/Conservator ... APPT
- Marriage Celebrant ... ROMC
- Standby Guardian/Conservator ... STND

| | |
|---|---|
| Asbestos Litigation | AL |
| Attachment | ATT |
| Bond Forfeiture Appeal | BFA |
| Child Abuse and Neglect – Unfounded Complaint | CAN |
| Civil Contempt | CCON |

Claim Impleading Third Party Defendant –
- Monetary Damages/No Monetary Damages ... CTP

| | |
|---|---|
| Complaint – (Miscellaneous) | COM |
| Compromise Settlement | COMP |
| Condemnation | COND |
| Confessed Judgment | CJ |
| Contract Action | CNTR |
| Contract Specific Performance | PERF |

Counterclaim – Monetary Damages/No Monetary
- Damages ... CC

| | |
|---|---|
| Cross Claim | CROS |
| Declaratory Judgment | DECL |
| Declare Death | DDTH |
| Detinue | DET |

Divorce
- Complaint – Contested/Uncontested ... DIV
- Counterclaim/Responsive Pleading ... DCRP
- Reinstatement – Custody/Visitation/Support/ Equitable Distribution ... CVS

Driving Privileges
- Reinstatement pursuant to § 46.2-427 ... DRIV
- Restoration – Habitual Offender or 3rd Offense ... REST

| | |
|---|---|
| Ejectment | EJCT |
| Encumber/Sell Real Estate | RE |
| Enforce Vendor's Lien | VEND |
| Escheatment | ESC |
| Establish Boundaries | ESTB |
| Expungement | XPUN |
| Firearms Rights – Restoration | REST |
| Forfeiture of U.S. Currency | FORF |
| Freedom of Information | FOI |
| Garnishment | GARN |
| Injunction | INJ |
| Intentional Tort | ITOR |
| Interdiction | INTD |
| Interpleader | INTP |
| Interrogatory | INTR |
| Judgment Lien – Bill to Enforce | LIEN |
| Landlord/Tenant | LT |
| Law Enforcement/Public Official Petition | LEP |
| Mechanics Lien | MECH |
| Medical Malpractice | MED |
| Motor Vehicle Tort | MV |
| Name Change | NC |
| Other General Tort Liability | GTOR |
| Partition | PART |
| Petition – (Miscellaneous) | PET |
| Product Liability | PROD |
| Quiet Title | QT |
| Referendum Elections | ELEC |
| Reinstatement (Other than divorce or driving privileges) | REIN |
| Removal of Case to Federal Court | REM |
| Separate Maintenance | SEP |
| Separate Maintenance – Counterclaim/Responsive Pleading | SCRP |
| Sever Order | SEVR |

Taxes
- Correct Erroneous State/Local ... CTAX
- Delinquent ... DTAX

| | |
|---|---|
| Termination of Mineral Rights | MIN |
| Trust – Impress/Declare | TRST |
| Trust – Reformation | REFT |
| Unlawful Detainer | UD |
| Vehicle Confiscation | VEH |
| Voting Rights – Restoration | VOTE |
| Will Construction | CNST |
| Will Contested | WILL |

Writs
- Certiorari ... WC
- Habeas Corpus ... WHC
- Mandamus ... WM
- Prohibition ... WP
- Quo Warranto ... WQW

Wrongful Death ... WD

**VIRGINIA:**

### IN THE CIRCUIT COURT FOR FAIRFAX COUNTY

**ONYCKA HOSKIE**
4509 Hamilton Drive
Dale City, Virginia 22193

      Plaintiff,

v.                                      Case No.: **2020 20674**

**JEROME JEFFERSON**
4013 Flowers Street
Adamsville, AL 35005

      and

**LAMBERT TRANSFER & STORAGE, INC.**
1102 Fox Trail
Opelika, Alabama 36801

      Serve: Carlton Hunley
            1102 Fox Trail
            Opelika, AL 36801

      Defendant.

*FILED CIVIL INTAKE 2020 DEC 28 P 1:00 CLERK, CIRCUIT COURT FAIRFAX, VA*

### COMPLAINT

COMES NOW the Plaintiff, Onycka Hoskie, through counsel, and as and for her cause of action against the Defendants, Jerome Jefferson and Lambert Transfer & Storage, Inc., states as follows:

### COUNT I

#### (Negligence Causing Personal Injuries Against Jerome Jefferson)

1. On or about June 22, 2020, Plaintiff Onycka Hoskie was operating a motor vehicle on westbound Furnace Road, at or near its intersection with Richmond Highway, in Fairfax County, Virginia. On the same date and time, Defendant Jerome Jefferson was operating

1

a motor vehicle on southbound Richmond Highway, at or near its intersection with Furnace Road, in Fairfax County, Virginia. Suddenly and without warning, as he attempted to make a left turn onto eastbound Furnace Road, Defendant Jefferson negligently crossed over the double-yellow highway dividing lines and drove his vehicle into the Plaintiff's vehicle, thereby causing a collision, and further causing the Plaintiff to sustain serious personal injuries. The Plaintiff neither caused nor contributed to the collision or her injuries.

2. Defendant Jefferson failed to pay full time and attention to the operation of his vehicle, failed to maintain right of center, failed to yield to the right-of-way, failed to operate his vehicle at a reasonable speed, failed to brake timely, failed to reduce his speed to avoid a collision, failed to control his vehicle, failed to see what was there to be seen, and operated his vehicle recklessly and with a reckless disregard for the consequences of such operation, and with a disregard for the rights and safety of the Plaintiff and others, and in a manner likely to endanger the person and property of the Plaintiff and others.

3. Defendant Jefferson operated his automobile in violation of the motor vehicle and traffic laws of the Commonwealth of Virginia. It was the duty of Defendant Jefferson to operate his vehicle in a careful and prudent manner with due regard for the safety of other persons; notwithstanding that duty, Defendant Jefferson operated his vehicle in a negligent manner, with a disregard for the safety of the Plaintiff.

4. As a direct and proximate result of the negligence of the Defendant as aforesaid, the Plaintiff has suffered, and will continue to suffer, severe and permanent physical injuries, disability, great pain and suffering, and great mental anguish and emotional distress.

5. As a further result of the negligence of the Defendant as aforesaid, the Plaintiff has incurred substantial medical and related expenses, loss of earnings, loss of employment opportunity, transportation costs, and loss of time and enjoyment from her usual and customary leisure and recreational activities.

WHEREFORE, the Plaintiff demands judgment from and against Defendant Jerome Jefferson in the amount of One Million Dollars ($1,000,000) in compensatory damages, plus interest, costs, and such further relief as the Court may find just and reasonable.

## COUNT II

**(Vicarious Liability/*Respondeat Superior* Against Lambert Transfer & Storage, Inc.)**

6. The Plaintiff adopts and incorporates by reference herein the allegations set forth in Paragraphs 1 through 5 of the Complaint.

7. At all times relevant to this action, Defendant Jerome Jefferson was working as an employee or agent for Defendant Lambert Transfer & Storage, Inc. (hereinafter "Lambert"). Defendant Lambert is therefore vicariously liable for the aforesaid negligence of Defendant Jefferson and damages to the Plaintiff under the doctrine of *respondeat superior*.

WHEREFORE, the Plaintiff, Onycka Hoskie, demands judgment from and against Defendant Lambert Transfer & Storage, Inc. in the amount of One Million Dollars ($100,000,000) in compensatory damages, plus interest from the date of the accident, and costs.

3

## JURY DEMAND

8. The Plaintiff hereby demands a trial by jury on all issues herein.

ONYCKA HOSKIE

By: /s/ Bradley W. Hines
Bradley W. Hines (VSB No. 82218)

SLOCUMB LAW FIRM, LLC
1225 I Street, NW
Suite 550A
Washington, D.C. 20005
Tel: (202) 737-4141
Fax: (202) 609-9954
bhines@slocumblaw.com

COUNSEL FOR PLAINTIFF

4